IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GATHRIGHT,

    Plaintiff,                        No. CIV S-06-0006 DFL DAD P

    vs.

UNITED STATES DISTRICT COURT,

    Defendant.                     FINDINGS AND RECOMMENDATIONS

        By an order filed October 24, 2006, plaintiff was ordered to either file an in forma pauperis affidavit or pay the appropriate filing fee, or request to have this action voluntarily dismissed within thirty days. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order, has not filed an in forma pauperis affidavit, has not paid the appropriate filing fee, and has not filed a request to have this action voluntarily dismissed. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1 objections with the court.  Such a document should be captioned "Objections to Magistrate
2 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
3 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
4 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 DATED: December 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9 DAD:lg
gath0006.fifp