IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GATHRIGHT,<br>　　　　Plaintiff,<br>vs.<br>UNITED STATES DISTRICT COURT,<br>　　　　Defendant. | Case No. 2:06-cv-00006 JKS DAD P<br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On December 7, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

　　　　Accordingly, **IT IS HEREBY ORDERED** that:

　　　　1.  The findings and recommendations filed December 7, 2006, are adopted in full;

　　　　2.  This action is dismissed without prejudice; and

　　　　3.  The Clerk shall enter judgment in favor of the Defendant.

Dated this the 15th day of February 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge